IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF THE SEARCH OF:

13502 Walnut Street, Springfield, Nebraska 68509, its outbuildings, garages and vehicles

8:19MJ18

ORDER TO UNSEAL SEARCH WARRANT, APPLICATION AND AFFIDAVIT AND RETURN

This matter is before the court on the government's motion to unseal (Filing No. 3 ). The motion is granted.

IT IS SO ORDERED.

Dated this 23 day of July, 2019.

BY THE COURT:

_____
MICHAEL D. NELSON
United States Magistrate Judge

Certified copy provided to USA on 07/23/19